Case No: 6:12mj622                                                          Filed: 01/14/13
PTSO: [LR]    PO: [DRT]          **CLERK'S COPY**                          Doc. #34

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:12-M -00622(1) |
| | § | |
| (1) OLIVIA WILLIAMSON | § | |

ORDER REVOKING PROBATION AND RESENTENCING OF DEFENDANT

On the 11th day of January, 2013, came on to be heard before the Court at Waco, Texas, a motion by the United States Attorney for the Western District of Texas, to revoke probation upon the grounds that the Defendant has violated the conditions of her probation, and came said United States Attorney and Defendant, (1) OLIVIA WILLIAMSON, in person and by Catherine Michelle Ferguson-Gilbert, counsel; and the Court, having heard said motion and having considered same, is of the opinion that said Defendant has violated the provisions of her probation and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon probation.

It is accordingly ORDERED by the Court that the probation order entered and included in the judgment and sentence herein on May 25, 2012, be, and the same is hereby, revoked and set aside.

Now, on the 11th day of January, 2013, it is the Order and Sentence of the Court that the Defendant, (1) OLIVIA WILLIAMSON, for the said offense by her committed, as fully set out in said Judgment and Order of May 25, 2012, is hereby remanded to the custody of the United States Marshal for imprisonment for a period of 30 DAYS, with no period of supervised release to follow.  All elements of the Judgment and Order of May 25, 2012, except the term of