UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:12-M -00662(1) |
| | § § | |
| (1) SHAWN J. STEVENS | § | |

ORDER REVOKING PROBATION AND RESENTENCING OF DEFENDANT

On the 28th day of June, 2013, came on to be heard before the Court at Ft. Hood, Texas, a motion by the United States Attorney for the Western District of Texas, to revoke probation upon the grounds that the Defendant has violated the conditions of his probation, and came said United States Attorney and Defendant, (1) SHAWN J. STEVENS, in person and by Stephen James DeBye, counsel; and the Court, having heard said motion and having considered same, is of the opinion that said Defendant has violated the provisions of his probation and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon probation.

It is accordingly ORDERED by the Court that the probation order entered and included in the judgment and sentence herein on June 8, 2012, be, and the same is hereby, revoked and set aside.

Now, on the 28th day of June, 2013, it is the Order and Sentence of the Court that the Defendant, (1) SHAWN J. STEVENS, for the said offense by him committed, as fully set out in said Judgment and Order of June 8, 2012, is hereby committed to the custody of the United States Marshal for imprisonment for a period of 60 DAYS, with no period of supervised release to follow.  All elements of the Judgment and Order of June 8, 2012, except the term of probation, will remain a part of the sentence.  The defendant shall remain in contact with the U.S.

Attorney's Office in this district and shall notify that office of any change of residence until such time as the special assessment and fine are paid in full.

The Clerk will provide the Federal Bureau of Prisons with a certified copy of the Judgment and Commitment.

The Clerk will provide the United States Marshal with a certified copy of the Order and a certified copy of the Judgment and Sentence entered herein on June 8, 2012, to serve as commitment of the Defendant.

SIGNED the _28th_ day of June, 2013.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE